Tyrell Berrington Jackson
NAME

F-740-880
CRIMINAL CASE NUMBER

DC-DC #198-397 / Fed No #19939-101
PRISON NUMBER

District of Columbia Department
of Corrections D.C. Jail
PLACE OF CONFINEMENT

**FILED**

OCT - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrell Berrington Jackson          )
(Full Name)                        )
                    Petitioner     )
                                   )
           v.                      )     CASE NUMBER  1:05CV01969
                                   )
                                   )     JUDGE: Ricardo M. Urbina
Mr Dennis Harrison (Assit Warden)  )
(Name of Warden, Superintendent,   )     DECK TYPE: Habeas Corpus/2255
Jailor, or authorized person having)
custody of petitioner)             )     DATE STAMP: 10/██/2005
                    Respondent     )

(If petitioner has a sentence to be served in the <u>future</u> under a Federal judgment which he wishes to attack, he should file a motion in the Federal Court which entered the judgment)

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY
<u>IN THE DISTRICT OF COLUMBIA</u>

INSTRUCTIONS--PLEASE READ CAREFULLY

(1)    This petition must be legibly handwritten or typewritten and signed by the petitioner. <u>Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

(2)    Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)    Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED

OCT - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which

1

event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. <u>However, if your prison account exceeds $100.00 you will not be considered as eligible to proceed in forma pauperis and must pay the $5.00 filing fee.</u> *Enclosed is The Amount of $5 dollars to Proceed with my Petition. /TBJ*

Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts you must file separate petitions as to each court.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

When the petition is fully completed, it must be mailed to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

<u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

(1) Name and location of court which entered the judgment of conviction under attack *Superior Court of The District of Columbia — The Honorable Robert A. Shuker*

(2) Date of judgment of conviction *8-25-88*

(3) Length of sentence *6 to 18 years*

(4) Nature of offense involved (all counts) *Burglary - One*

(5) What was your plea? (Check one)
    (a) Not guilty ( )
    (b) Guilty (✓)
    (c) Nolo contendere ( )
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(6) Kind of trial: (Check one)
    (a) Jury ( )
    (b) Judge only (✓)

(7) Did you testify at the trial?

    Yes ( )    No (✓)

(8) Did you appeal from the judgment of conviction? *No.*

Yes ( )   No (✓)

(9) If you did appeal, answer the following:
 (a) Name of court _____ NONE _____
 (b) Result _____
 (c) Date of result _____

(10) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any courts?

Yes ( )   No (✓)

(11) If your answer to 10 was "yes", give the following information:
 (a)
  (1) Name of Court _____
  (2) Nature of the proceedings _____ NONE _____
  (3) Grounds raised _____
  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ( )   No (✓)
  (5) Result _____ NONE _____
  (6) Date of result _____
 (b) As to any second petition, application or motion give the same information:
  (1) Name of court _____
  (2) Nature of proceeding _____
  (3) Grounds raised _____ NONE _____
  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ( )   No (✓)
  (5) Result _____ NONE _____
  (6) Date of result _____
 (c) As to any third petition, application or motion, give the same information:
  (1) Name of court _____ NONE _____
  (2) Nature of proceeding _____
  (3) Grounds raised _____ NONE _____
  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ( )   No (✓)

      (5)     Result _____ *None* _____
      (6)     Date of result _____
  (d)  Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion?
      (1)     First petition, etc.    Yes ( )    No (✓)
      (2)     Second petition, etc.  Yes ( )    No ( )
      (3)     Third petition, etc.    Yes ( )    No ( )
  (e)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*None*

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

    CAUTION:    If you were convicted in a District of Columbia court, you must ordinarily first exhaust your District of Columbia court remedies as to each ground on which you request action by the Federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may also raise any grounds which you may have other than those listed if you have exhausted your District of Columbia court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

  (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
  (b)  Conviction obtained by use of coerced confession.
  (c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
  (d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
  (e)  Conviction obtained by a violation of the privilege against self-incrimination.
  (f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
  (g)  Conviction obtained by a violation of the protection against double jeopardy.
  (h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
  (I)  Denial of effective assistance of counsel.
  (j)  Denial of right of appeal.

A.  Ground one: *On August 1988, I plead guilty to a burglary - one charge and was*

Supporting FACTS (tell your story briefly without citing cases or law): Sentence to 6 to 18 years under the old law and the street credit act was in effect which I am now denied. Effective as of November 13, 1987 because of jail credit etc for time served within D.C. Jail from date of arrest, I served this 6 to 18 years within the Lorton Correctional facility from which I was released on parole around in 1992 or 1993 to the supervision of the D.C. Parole board (DCPB).

B. Ground two: _____
Supporting FACTS (tell your story briefly without citing cases or law): Since 1987 on the date of my arrest I have not committed another criminal offense which should account for something within the Honorable Courts. I will be honest I have had my parole revoked maybe 4 or 5 times for various reason.

C. Ground three: _____
Supporting FACTS (tell your story briefly without citing cases or law): In 1988 when I was sentence because I was under the supervision of the District of Columbia Parole Board it was my expectation that under the District of Columbia Department of Corrections regulation states that the revocation of my parole would not result in a loss of credit for street time toward reduction of my sentence etc.

D. Ground four: _____
Supporting FACTS (tell your story briefly without citing cases or law): In receiving my institutional face sheet, I have found that I have not been credited with all of my street time nor institutional credits since 1988 toward reduction of my sentence and I felt it safest to file my own petition.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them _____

14. Do you have any petition or appeal pending in any court, either, District of Columbia or Federal, as to the judgment under attack?

   Yes ( )    No (✓)

15. Give the names and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _Ms Olinda Moyd (Attorney) From The Public Defender Service on a revocation hearing for parol violation on date 6-24-05_

(b) At arraignment and plea _Guilty_

(c) At trial _NONE_

(d) At sentencing _I have not heard from The Board of Parole on my Parole violation since my parole hearing on The date 6-24-05 which I Think is Absolutely ludicrous._

(f) In any post-conviction proceeding ____

(g) On appeal from any adverse ruling in a post-conviction proceeding ____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   Yes ( )   No (✓)   _NONE_

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

   Yes ( )   No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _NONE_

   (b) And give date and length of sentence to be served in the future: _NONE_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

   Yes ( )   No (✓)   _NONE_

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

_____     _Lynell Berrington Jackson_
Date                           Petitioner's Signature