# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| Tyrell Berrington Jackson, | : | | |
| | : | | |
| Petitioner, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 05-1969 (RMU) |
| | : | | |
| | : | Document No.: | None |
| Dennis Harrison, | : | | |
| | : | | |
| Respondent. | : | | |

## ORDER

### DIRECTING THE RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 11th day of October 2005,

**ORDERED** that the respondent, by counsel, shall, within twenty (20) days of service of a copy of this order and the petition, file with this court and serve on the petitioner a statement showing why the writ of *habeas corpus* should not issue.

The clerk of court is directed to furnish a copy of the petition and a certified copy of this order to the United States Marshal for the purpose of making service of same on the petitioner's warden, the Attorney General for the District of Columbia, and the United States Attorney for the District of Columbia.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge