Tyrell Berrington Jackson
DC DC No# 198-397 Fed No# 19939-101
1901 E Street Southeast CCA/CTF
Washington D.C. 20003


Case Number 1:05CV01969
Judge Ricardo M. Urbina
Deck Type: Habeas Corpus/2255


Clerks Office
United States District Court
For The District of Columbia
    US Courthouse
333 Constitution Avenue Northwest
Washington, D.C. 20001


Wednesday October 12, 2005


To Whom It May Concern:

    Clerks Office


I've just received a receipt confirming that the Honorable Court received the $5.00 dollar filing fee.


(continue on next page)

Page 1

However anything that concerns the Writ of Habeas Corpus case number 1:5CV01969 should be sent to me at the Correctional Facility CCA/CTF which is the above address because I am no-longer housed at the DC Jail.

I also want the Honorable and Clerks Office to acknowledge that my stay herein CCA/CTF Facility will be a very short stay which I will be move forward with to my Federal designation soon.

I am also enclosing my fiance address and telephone number so the Honoraber Judge Ricardo M. Urbina can notify her on his decision on this case concerning my freedom and/or release from prison.

I would be grateful if you made all my corresp--ondence to your office addressing my Court issues a matter of the Honorable Court records and if necessary use my fiance information to contact me if I am removed from CCA/CTF Facility.

Thank you for your assistance and coopertion in this matter.

Very truly yours,
*Tyrell Berrington Jackson*
Tyrell Berrington Jackson

(Continue on Next Page)

Page (2)

TBJ/

Enclosures

Copy to Fiance:
    Ms. Gwendolyn Cleopatra Long
Telephone No. 202-398-1367
Address: 3691 Jay Street Northeast #204
    Washington, D.C. 20019

cc: