UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TYRELL BERRINGTON JACKSON,** | : | |
| Petitioner | : | Civil Action No. 05-1969 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **DENNIS HARRISON, Warden** | : | |
| Respondent | : | |

## ORDER

Upon consideration of the Petitioner's Petition For A Writ of Habeas Corpus, the U.S. Parole Commission's Opposition to the Petitioner's Petition For A Writ of Habeas Corpus, and, for the reasons stated in the U.S. Parole Commission's Opposition, it is hereby

**ORDERED** that the show cause order as to the United States is discharged, and that Petitioner's Petition For A Writ of Habeas Corpus is **DENIED**.

   **SO ORDERED**

_____
Ricardo M. Urbina
U.S. District Court Judge

Date:

Copies to:

Tyrell Berrington Jackson
DCDC No. 198-397
Correctional Treatment Facility
1901 E. Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C.  20530