# **EXHIBIT A**

```
5H       PAR8H  540*23  *        SENTENCE MONITORING        *    03-17-2005
PAGE 001          *              COMPUTATION DATA           *    17:09:29
                                 AS OF 06-04-2004
```

REGNO..: 19939-101 NAME: JACKSON, TYRELL B

```
FBI NO............: 288964H              DATE OF BIRTH: ▇▇▇▇▇▇
ARS1..............: RIV/PAROLE
UNIT..............:                      QUARTERS.....:
DETAINERS.........: NO                   NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 04-28-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 06-04-2004 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-740-880
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED.: 08-25-1988
DATE WARRANT ISSUED..............: 01-28-2003
DATE WARRANT EXECUTED............: 05-05-2003
DATE COMMITTED...................: 07-07-2003
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

RESTITUTION...: PROPERTY: NO    SERVICES: NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 644
OFF/CHG: 22-1801(A);BURGLARY I

```
SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    18 YEARS
NEW SENTENCE IMPOSED............: 2955 DAYS
BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE.................: 11-13-1987
```

G0002       MORE PAGES TO FOLLOW . . .

EXHIBIT A

```
5H      PAR8H   540*23  *       SENTENCE MONITORING         *   03-17-2005
PAGE 002                *       COMPUTATION DATA            *   17:09:29
                                AS OF 06-04-2004
```

REGNO..: 19939-101 NAME: JACKSON, TYRELL B

------------------------------PRIOR COMPUTATION NO: 030 ------------------------------

COMPUTATION 030 WAS LAST UPDATED ON 02-11-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    030 010

```
DATE COMPUTATION BEGAN..........: 05-05-2003
TOTAL TERM IN EFFECT............: 2955 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS      1 MONTHS      2 DAYS
EARLIEST DATE OF OFFENSE........: 11-13-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 776
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 04-21-2009
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-06-2011

PAROLE EFFECTIVE................: 06-05-2004
PAROLE EFF VERIFICATION DATE....: 02-09-2004
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PRESUMPTIVE PAROLE

ACTUAL SATISFACTION DATE........: 06-04-2004
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 2557
FINAL PUBLIC LAW DAYS...........: 1
```

REMARKS.......: COMP CERTIFIED BY D.C. RECORD CENTER ON 02-12-2004.




G0002       MORE PAGES TO FOLLOW . . .

```
5H       PAR8H   540*23  *       SENTENCE MONITORING        *    03-17-2005
PAGE 003         *               COMPUTATION DATA            *    17:09:29
                                 AS OF 08-12-2002
```

REGNO..: 19939-101 NAME: JACKSON, TYRELL B


FBI NO............:                        DATE OF BIRTH: ████
ARS1..............: RIV/PAROLE
UNIT..............:                         QUARTERS.....:
DETAINERS.........: NO                      NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-12-2002 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-740-880
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 08-25-1988
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 09-11-2001
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $00.00          $00.00           $00.00        $20.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:   $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE.....: 605
OFF/CHG: BURGLARY I, 22-1801.

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     18 YEARS
 MINIMUM TERM....................:      6 YEARS
 DATE OF OFFENSE.................: 11-13-1987


G0002        MORE PAGES TO FOLLOW . . .

Case 1:05-cv-01969-RMU   Document 6-3   Filed 11/03/2005   Page 5 of 6

```
    PAR8H  540*23 *          SENTENCE MONITORING         *    03-17-2005
GE 004         *             COMPUTATION DATA            *    17:09:29
                             AS OF 08-12-2002
```

GNO..: 19939-101 NAME: JACKSON, TYRELL B

--------------------------PRIOR COMPUTATION NO: 020 --------------------------

MPUTATION 020 WAS LAST UPDATED ON 08-12-2002 AT RIV AUTOMATICALLY

E FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
IOR COMPUTATION 020:    020 010

```
TE COMPUTATION BEGAN..........: 08-25-1988
TAL TERM IN EFFECT............:    18 YEARS
TAL TERM IN EFFECT CONVERTED..:    18 YEARS
RLIEST DATE OF OFFENSE........: 11-13-1987

IL CREDIT.....................:  FROM DATE    THRU DATE
                                 01-25-1988   05-03-1988
                                 06-10-1988   08-24-1988

IOPERATIVE TIME.........: REASON   FROM DATE    THRU DATE
                          ESCAPE   07-30-1992   09-12-1995

TAL JAIL CREDIT TIME..........: 176
TAL INOPERATIVE TIME..........: 1140
ATUTORY GOOD TIME RATE........: 10
TAL SGT POSSIBLE..............: 2160
AROLE ELIGIBILITY.............: 06-11-1992
TATUTORY RELEASE DATE.........: 05-16-2003
O THIRDS DATE.................: N/A
30 DAY DATE...................: N/A
PIRATION FULL TERM DATE.......: 04-14-2009

RESUMPTIVE PAROLE DATE.........: 08-10-2002
AROLE EFFECTIVE...............: 08-12-2002
AROLE EFF VERIFICATION DATE...: 08-12-2002
EXT PAROLE HEARING DATE.......: N/A
YPE OF HEARING................: PAROLE EFFECTIVE

CTUAL SATISFACTION DATE.......: 08-12-2002
CTUAL SATISFACTION METHOD.....: PAROLE
CTUAL SATISFACTION FACILITY...: RIV
CTUAL SATISFACTION KEYED BY...: MPH

AYS REMAINING.................: 2437
INAL PUBLIC LAW DAYS..........: 0


H
0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23 *         SENTENCE MONITORING         *    03-17-2005
PAGE 005          *              COMPUTATION DATA            *    17:09:29
                                 AS OF 08-12-2002
```

REGNO..: 19939-101 NAME: JACKSON, TYRELL B

INMATE RECEIVED FROM DCDOC. /RLJ

G0002        MORE PAGES TO FOLLOW . . .