# **EXHIBIT B**

NIF 10-9-98
11-6-94

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
### CERTIFICATE OF PAROLE

DISTRICT OF COLUMBIA

97 MAR 18 AM 9:20

ADULT
AP# 18953-97

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that Jackson, Tyrell _____ D.C.D.C.- 198-397 _____ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on March 12th, 19 97, and that said person remain under supervision within the limits of the Washington Metro Area (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia) until April 14th 20009, 19 ___; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this 7th day of October, 19 96.

The above-named was released on the 11th day of March, 19 97.

J.M. Jones
Acting Warden

_Margaret Quick_ - 8

A TRUE COPY TEST
_Michael Green_
Director, Michael Green
Parole Determination
D.C. Board of Parole

EXHIBIT
B

81-115804