# **EXHIBIT C**

## DISTRICT OF COLUMBIA BOARD OF PAROLE

FIVE DAY HOLD      WARRANT     NUMBER: P34003-98
                                                               WIN/W0076660

TO: *Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process*

RE: NAME : JACKSON, TYRELL B
    ALIAS: JACKSON, BERNICE
           JOHNSON, KEVIN
           "FOX", "TJ"

SSN#: ▓▓▓▓
DCDC#: 198-397
PDID#: 230127
FBI#: 288964H
DOB: ▓▓▓▓
SEX: MALE
RACE: BLACK
EYES: BROWN
HAIR: BROWN
HEIGHT: 6 ft 1 in
WEIGHT: 177 lbs
COMPLEXION: MEDIUM

DISTINGUISHING MARKS:

SENTENCE TYPE: ADULT

PAROLE OFFICER: GLADYS DORGETT

LAST KNOWN ADDRESS: 1016 LAMONT STREET, NW
                           WASHINGTON, DC 20010

SUBJECT'S LOCATION: At large_____ Confined in___CDF_____

Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of     BURGLARY I
and was on the 11th of March, 1997 released on parole from the Medium Security Facility, And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, <u>DO NOT EXECUTE THIS WARRANT.</u> PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT <u>SHALL TAKE PRECEDENCE.</u> IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this   18th   day of August, 1998.

A TRUE COPY
TEST

_____                     EXHIBIT
                    Green
                   ...tion
         D.C. Board of Parole

                                           Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19_____
and the person named MUST NOT be held beyond that time.