**EXHIBIT D**




# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 198-397            NAME TYRELL B JACKSON

DOB ███████            SSN ███████            LOCATION CTF

DOCKET H9810-0039            CONSIDERATION TYPE H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER**:

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS;
CONSIDER FOR REPAROLE BY 08/25/1999

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

COMMUNIC/CONFLICT RESOLU
INTENSIVE DRUG PROGRAM

Remarks:

ILLEG USED CONTROL-DANGER SUBSTANCE
NONCOMPLIANCE: NARC SURVEILLANCE
FAILED TO OBEY ALL LAWS
NONCOMPLIANCE: OUTPAT DRUG PROG
FAILED TO CARRY OUT PO INSTRUCTIONS

10/26/1998
Date

Seal

NOA Date  11-3-9?  by _CM_

_Margaret Quick_ - B
Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
DORGETT, G

**EXHIBIT**
D