# **EXHIBIT E**

U.S. Department of Justice                  Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: JACKSON, Tyrell

Register Number: 00198+397           Institution: Central Detention Facility

In the case of the above-named, the following parole action was ordered:

Continue to a presumptive parole after the service of 48 months (August 10, 2002) with release through a community corrections center recommended for up to 120 days prior to the parole date with the highest level of supervision.

A presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. Prior to release, your case will be subject to review to ascertain that these conditions have been fulfilled. **NOTE:** Pursuant to 28 C.F.R. §2.14-03, the Commission has issued a presumptive parole date in your case. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

REASONS:

Your parole violation behavior is rated as Category Two severity because it involved assault with no bodily injury. Your salient factor score (SFS-98) is 2. You have been in confinement as a result of your behavior for a total of 13 months as of September 25, 1999. Guidelines established by the Commission for revocation behavior indicate a customary range of 16-22 months to be served for cases with a good institutional adjustment and program achievement. In addition, you have committed behavior that constitutes new criminal conduct in a prison facility which is rated as Category Three severity because you possessed a weapon and you have committed behavior that constitutes new criminal conduct in a prison facility which is rated as Category One severity because it involved destruction of government property less than $2000, indicating a guideline range of 12-16 months and 0-8 months respectively, to be added to your original guideline range. Further, you have committed rescission behavior classified as administrative. Guidelines established by the Commission indicate a range of 0-2 months for non-drug related infractions and you have committed 1 non-drug-related infraction. Your aggregate guideline range is 28-48 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

As required by law, you have also been scheduled for a review hearing during September, 2001.

EXHIBIT
E

Date: November 15, 1999                                                    Clerk: adc

Page 1 of 3                                                                JACKSON.198


THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W.
      Suite 2134
      Washington, D.C. 20001

Date: November 15, 1999                                          Clerk: adc

| Your Pts | Item Explanation | SALIENT FACTOR SCORE |
|---|---|---|

**0** .... **A** - Prior convictions/adjudications (adult or juvenile)
None = 3; One = 2; Two or three = 1; Four or more = 0

**0** .... **B** - Prior commitments of more than thirty days (adult or juvenile)
None = 2; One or two = 1; Three or more = 0

**1** .... **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile)

**0** .... **D** - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**0** .... **E** - Probation/parole/confinement/escape status violator this time
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**1** .... **F** - Older offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

| Points For SFS Item C |||| 
|---|---|---|---|
| Age | Prior Commitments ||| 
|  | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Date: November 15, 1999                                              Clerk: adc