# **EXHIBIT F**




AUG 1 6 2002
US PAROLE COMMISSION

**U.S. Department of Justice**
**United States Parole Commission**

**CERTIFICATE OF PAROLE**
District of Columbia Offender

Know All Men By These Presents:

It having been made to appear to the United States Parole Commission that **JACKSON, Tyrell B., REG No. 19939-101, (DCDC No. 198-397)**, is eligible to be paroled, and that there is a reasonable probability that the prisoner will live and remain at liberty without violating the law, and that his release is not incompatible with the welfare of society, it is ORDERED by the said United States Parole Commission that said prisoner be paroled on **August 12, 2002**, and that said prisoner is to reside within the District of Columbia and to remain within the limits of **the Washington, D.C. Metropolitan Area** (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) until and including **April 14, 2009**.

Given under the hands and the seal of the United States Parole Commission on **August 12, 2002**.
UNITED STATES PAROLE COMMISSION

*Steven Brunson / For*

By: Juanita E. Holmes, Parole Info. Specialist

Docket/Case Number: F-740-880
Initial Risk Category: SFS - 2
**Acknowledgement of Release Conditions:**
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

**Consent to the Disclosure of Drug/Alcohol Treatment Information:**
By signing this Parole Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the Parole Supervision Services Division of the District of Columbia Board of Parole. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

_Tyrell B. Jackson_     _19939-101_
    Name                  DCDC No.

Witnessed: _D. Bowser, Case Manager_    _8-12-2002_
           Name and Title                  Date

The above-named person was released on the _12th_ day of _August_, 20_02_ with a total of _2,437_ days remaining to be served.

**EXHIBIT**
_F_

Official Certifying Release