# EXHIBIT G

Case 1:05-cv-01969-RMU    Document 6-9    Filed 11/03/2005    Page 1 of 3

 

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

---

**To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, Jackson, Tyrell, Reg. No. 19939-101, DCDC No. 198-397, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 18 years for the crime of Burglary I and was on 08/12/02 released on parole from Hope Village CCC with 2437 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on January 28, 2003

_____
U.S. Parole Commissioner

**EXHIBIT**
G

---

**Jackson, Tyrell**
**Reg. No. 19939-101    DCDC No. 198-397**


## WARRANT For Return Of Prisoner Released To Supervision

Name: Jackson, Tyrell                      Institution: Hope Village CCC
Reg. No. 19939-101                         DCDC No. 198-397

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of __Colombia_____ ss:

Received this writ the __13__ day of __2_____, 20__03__, and executed same by arresting the within-named __Tyrell Jackson_____
this __5__ day of __5_____, 20__03__,
at _____ and committing him to __DC Jail_____

_George Walsh_
U.S. Marshal

_[signature]_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __1/28/03__

X _Tyrell B Jackson_                       __5/5/03__
    Prisoner's Signature                       Date

*(If prisoner refuses to sign, Marshal should so indicate.)*

---

Jackson, Tyrell
Reg. No. 19939-101   DCDC No. 198-___