# **EXHIBIT J**

USPC                  ● 5/26/2004 11:35 PAGE 2/4 ● x Server

U.S. Department of Justice
United States Parole Commission

JUN - 9 2004

## CERTIFICATE OF PAROLE
### District of Columbia Offender

Having determined that (1) Jackson, Tyrell, Register No. 19939-101, (DCDC No. 198-397) (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on June 5, 2004 and remain under parole supervision through June 6, 2011. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on May 25, 2004.

UNITED STATES PAROLE COMMISSION

By JoAnn L. Kelley, Case Analyst

Docket/Case Number: JS-740-880
Initial Risk Category: SFS-2

**Acknowledgment of Release Conditions**

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of those conditions I may be sent back to prison.

**Consent to the Disclosure of Drug/Alcohol Treatment Information**

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

_Tyrell Berrington Jackson_                              198-397
Name                                                      DCDC No.

Witnessed: _K Swain Case Manager_                         06/04/04
Name and Title                                            Date

The above-named inmate was released on the 4th day of June, 2004 with a total of 2550 days remaining to be served.

+ Public law Day

Official Certifying Release

**EXHIBIT**
J

Queued: 05-26-2004 10:40:35 BOP-Rivers Correctional Institution