# **EXHIBIT K**



**Court Services and Offender Supervision Agency
for the District of Columbia**

*Community Supervision Services
General Supervision/Branch II-B*

## Alleged Violation(s) Report

December 16, 2004

| | |
|---|---|
| TO: | The United States Parole Commission
Casey Skvorc
5550 Friendship Boulevard
Chevy Chase, MD 20815-7286 |

| | | | |
|---|---|---|---|
| FROM: | Jeffrey Barlow
Community Supervision Officer | Unit: | General Supervision Unit III - Team 32 |
| | | Telephone: | (202) 585-7668 |
| Please send all inquiries to: | 3850 South Capitol St., SE (2nd Floor)
Washington, DC 20032-1418 | Fax: | (202) 585-7661 |
| | | Email: | jeffrey.barlow@csosa.gov |
| SUBJECT: | Non-Compliance with Parole | | |
| DOCKET: | F 740-88 | | |

| | |
|---|---|
| Offender: | Mr. Tyrell B Jackson |
| FEDREG #: | 199391-01 |
| FBI #: | 288964H |
| DCDC #: | 198-397 |
| PDID #: | 230-127 |

Action Recommended: Warrant

US PAROLE
JAN 3 - 2005
COMMISSION

### SENTENCING INFORMATION

Mr. Tyrell Jackson is a 49 year-old male who was sentenced on 8/25/88 to six to eighteen years incarceration for First Degree Burglary (F 740-88). Mr. Jackson was released to parole supervision on 6/5/04 with a full term date of 6/6/11.

### ALLEGED VIOLATION(S)

Since supervision, the offender is alleged to have committed the following violation(s):

Positive For Cocaine 6/7/04, 7/7/04, 7/21/04, 9/27/04, 9/29/04, 10/4/04, 10/6/04, 10/13/04, 10/20/04, and 10/27/04



EXHIBIT K

Court Services and Offender Supervision Agency

Offender: Tyrell Jackson
PDID: 230-127

Failed To Report For Drug Testing 6/28/04, 8/16/04, 10/18/04, 10/25/04, 11/1/04, and 11/3/04

Failed To Report To Community Supervision Officer 11/29/04 and 12/9/04

**Offender tested positive for the illegal controlled substance cocaine.**

Mr. Tyrell Jackson illegally used the control dangerous substance cocaine on or before 6/7/04, 7/7/04, 7/21/04, 9/27/04, 9/29/04, 10/4/04, 10/6/04, 10/13/04, 10/20/04, and 10/27/04, as evidenced by the attached drug status report.

**Offender failed to report for drug testing.**

Mr. Tyrell Jackson failed to report for drug testing on 6/28/04, 8/16/04, 10/18/04, 10/25/04, 11/1/04, and 11/3/04, as evidenced by the attached drug status report.

**Offender failed to report to Community Supervision Officer as directed.**

Mr. Tyrell Jackson failed to report to this officer for a scheduled supervision contact on 11/29/04, 12/2/04 and 12/9/04, as evidenced by the attached running record entries, which indicates this Community Supervision Officer informed Mr. Jackson to report and letter left at his home with instructions for him to report.

### CASE SUMMARY

Tyrell Jackson resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This residence was last verified on 11/24/04 during a home visit. At that time this officer did not observe any home conserns in Mr. Jackson's home enviroment. Mr. Jackson is currently employed with Squeaky Clean, Inc, which was last verified by pay stub dated 10/7/04.

The offender, Tyrell Jackson's, overall adjustment is unsatisfactory. Mr. Jackson initially reported to parole on 6/15/04 and was seen by another Community Supervision Officer (CSO) and was ordered to return on 6/22/04, which he complied with. At such time this officer reviewed with Mr. Jackson his general and special conditions and placed him on twice a week testing. Since this initial visit Mr. Jackson has provided several urines positive for cocaine. As a result, this officer initially instructed Mr. Jackson on 8/30/04 to go to three Narcotics Anonymous groups a week. For a time, Mr. Jackson remained drug free but returned to illegal drug use on 9/27/04 where this officer referred Mr. Jackson to CSOSA's Central Intervention Team for a drug assessment which is scheduled for 12/20/04. In addition, Mr. Jackson has failed to report for drug testing on several occasions. In response to these violations, Mr. Jackson was verbally reprimanded.

Furthermore, on 11/24/04 a home visit was conducted and this officer instructed Mr. Jackson to report to this writer's office on 11/26/04. This officer later called Mr. Jackson and left a voice mail message instructing him to report on 11/29/04 because this officer would not be in the office on 11/26/04. Mr. Jackson did not report on either day. On 11/30/04, a telephone call was made to Mr. Jackson's home for

Court Services and Offender Supervision Agency

Offender: Tyrell Jackson
PDID: 230-127

him to return CSO's call, which he failed to do. Later that same day, a telephone call was again made to Mr. Jackson's home where a male, sounding like Mr. Tyrell Jackson, answered the phone claiming to be his brother. This officer instructed the male to inform Mr. Jackson to report on 12/2/04, which he failed to do. Also on 11/30/04, a certified letter was mailed to Mr. Jackson's home with instructions for him to report on 12/6/04, which he again failed to do. On 11/30/04, a record check was also conducted which confirmed Mr. Jackson was not being detained in any jurisdiction which would hinder him from reporting. Finally, on 11/30/04 a telephone call was made to Ms. Jacqueline Jackson, sister of Mr. Tyrell Jackson, and a message was left with her son Kevin for Ms. Jackson to return CSO's call, but she did not call back. In addition, on 12/6/04 a home visit was conducted to Mr. Jackson's home and letter left under his apartment door with instructions for him to report on 12/9/04, which he again failed to do. Mr. Tyrell Jackson is therefore a loss of contact.

**RECOMMENDATION:**

This Community Supervision Officer concludes that the offender poses a high risk because of his criminal record, his recent positive urinalysis and his loss of contact with parole supervision. Therefore, this Community Supervision Officer is respectfully requesting a Warrant.


Respectfully Submitted


_Jeffrey Barlow_                                    12/20/2004
Jeffrey Barlow                                       DATE
*Community Supervision Officer*
*Telephone Number: (202) 585-7668*


_Lorenzo L. Harris_                                 12/20/2004
Lorenzo L. Harris                                    DATE
*Supervisory Community Supervision Officer*
*Telephone Number: (202) 585-7662*


cc: File



**COURT SERVICES AND OFFENDER SUPERVISION AGENCY
FOR THE DISTRICT OF COLUMBIA
COMMUNITY SUPERVISION SERVICES**

Sanctions and Interventions/Loss of Contact Review Sheet

US PAROLE
JAN 3 - 2005
COMMISSION

| Offender Name: | Tyrell Jackson | | |
|---|---|---|---|
| Docket Number: | Parole | PDID Number: | 230-127 |

**THE FOLLOWING SANCTION(S) WERE IMPOSED PRIOR TO WRITING THE VIOLATION REPORT:**

☐ Daily supervision check-in for 5 working days.
☒ Increased drug testing 2 times per week/CIT assessment.
☒ SCSO Conference/Reprimand
☐ Attend daily sanctions group for 2 weeks.
☐ Increased Supervision:
  ☐ Med  ☐ Max  ☐ Intensive
☐ Electronic Monitoring 30 days or more ( )

☐ 7 days residential sanctions facility (*Halfway Back*)
☐ 14 days residential sanctions facility (*Halfway Back*)
☐ Continued stay at residential sanctions facility for up to ☐ 30 ☐ 60 ☐ 90 days (*Halfway Back*).
☐ Placement in inpatient treatment as warranted by substance abuse assessment.
☐ Other

☐ No Sanction(s) Imposed State Reason: _____

**Loss of Contact Procedures Followed:**

☐ Telephone call to offender     ☐ Telephone call to collateral contact     ☐ Criminal Record Check
☐ Certified letter sent           ☐ Home visit conducted

**SCSO Review**

☒ Sanctions imposed and/or loss of contact procedures followed.

☐ Sanctions not imposed appropriately and/or loss of contact procedures not followed. Case returned to CSO with the following instructions:

_____

| SCSO Signature | 12/20/2004 |
|---|---|
| | Date |