# **EXHIBIT N**

JUNE 21, 2005

FYI   FYI   FYI   FYI   FYI

TO: UNITED STATES PAROLE COMMISSION
Chevy Chase, Maryland 20815

FM: UNITED STATES MARSHALS SERVICE
Washington, D.C. 20001

RE: Warrant Executed

Subject: TYRELL JACKSON
Registration NO: 19939-101
DCDC: 198-397
PDID: 230-127

The above reference subject was processed on JUNE 21, 2005 by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

