**EXHIBIT O**

# D.C. PROBABLE CAUSE HEARING DIGEST

Name..............................: **Jackson, Tyrell**

Reg. No. ........................: **19939-101**

Type of Release .............:**Parole**

Full Term Date When Warrant Issued..: **June 6, 2011**

Date Warrant Executed .: _6·2·05_

Hearing Date ........: _6·24·05_

Examiner...............: _Hylton_

Supervision Officer: **Jeffrey Barlow**

## Attorney at Probable Cause Hearing:

[ X ] PDS      [  ] Other      [  ] None

Name_____Moya_____

Address_____

_____

Phone_____

## Attorney Representing Subject at Revocation Hearing:

[  ] PDS      [  ] Other      [  ] Unknown

Name_____Some_____

Address_____

_____

Phone_____

## I. Items Advised *(Check that the subject has been advised of the following two rights):*

[ X ] Advised of Right to a Probable Cause Hearing   [ X ] Advised of Right to Attorney

## II. Reason For Not Conducting Probable Cause Hearing

*(If Probable Cause Hearing not conducted, indicate the reason):*

[  ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

　　　[  ] At Request of Attorney/Prisoner      [  ] Prisoner Unavailable

　　　[  ] Other Reason:_____

[  ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

**EXHIBIT**

Jackson, Tyrell
Reg. No. 19939-101   DCDC No. 198-397

## III. Review of Charges:

**Charge No. 1 - Use of Dangerous and Habit Forming Drugs**

[ X] **ADMITS**      [ ] **DENIES**

The Subject's Response:

_M states he Had a small relapse. He stated he has pulled back from the things he did._

[ √ ] **Probable Cause Found.** After considering the violation report dated 12-20-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

**Charge No. 2 - Failure to Submit to Drug Testing**

[ X] **ADMITS**      [ ] **DENIES**

The Subject's Response:

_M states he did not submit tests, did not report_

[ X ] **Probable Cause Found.** After considering the violation report dated 12-20-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

[  ] No Probable Cause Found

**Charge No. 3 - Failure to Report to Supervising Officer as Directed**

[ X ] ADMITS          [  ] DENIES

The Subject's Response:

M states he got shaky, things going bad. feared if he reported he would have been snatched. Turned self in Tuesday 6-21-05

[ X ] **Probable Cause Found.** After considering the violation report dated 12-20-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[  ] No Probable Cause Found

**IV. Additional Charges:**

N/A

Jackson, Tyrell
Reg. No. 19939-101    DCDC No. 198-397

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

[ ] **Reinstate** to Supervision or [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

[ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Jeffrey Barlow
Status:_____Approved            _____Not Approved            _____Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

_____

**Jackson, Tyrell**
**Reg. No. 19939-101    DCDC No. 198-397**

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing     [   ] Approved at PC Hearing     [   ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing     [   ] Approved at PC Hearing     [   ] Pending Further Review

Reason for Denial:_____

_____

_____

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

## IX.     Revocation Hearing:

[ ] Local Revocation **or**          [ ] Combined Probable Cause/Local Revocation on:

**Location:** [ ] CTF  [ ] DC Jail  **Date:** _____  **Time:** [ ] am  [ ] pm

[ ] Other at _____

_____

[ √ ] Recommend institutional revocation hearing upon transfer to a federal institution.

**Note:** A continuance must be requested in writing.  You may submit your requests via e-mail.  E-Mail Address:  continue.hearing@usdoj.gov

**May Qualify for an Expedited Offer:**     [ ] No     [ √ ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.          [ ] No     [ √ ] Yes

_____          _____
Attorney/Prisoner                                                                     Date

_____

**Additional Text:** Attorney states M was working for Squeeky Clean cleaning services. Also had worked for family services working with children.

_____          _____
Examiner                                                                          Date

**Disclosure Documents:**  Warrant dated 3-17-05, Warrant Application dated 3-17-05, Supplemental Warrant Application dated  (only if applicable), Violation Report dated 12-20-04 with attachments, Parole Certificate dated 6-4-04, Pre-Sentence Report

**I acknowledge having received the above disclosure documents and a copy of this document.**

_____          _____
Attorney/Prisoner                                                                     Date

_____

**Jackson, Tyrell**
**Reg. No. 19939-101     DCDC No. 198-397**