# EXHIBIT P



U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile :(301) 492-5525*

Date: September 21, 2005

Ms. Olinda Moyd
Chief, Parole Section
Public Defender Service
633 Indiana Avenue, NW
Washington, DC 20003

Re:   JACKSON, TYRELL
      Reg. No: 19939-101
      DCDC No: 198-397

Dear Ms. Moyd,

I have enclosed an expedited revocation proposal for the above-named releasee. This expedited revocation procedure allows the releasee to waive an in-person revocation hearing, accept responsibility for the violation behavior, and be provided a decision on the record. If the releasee accepts, the Commission will promptly issue a Notice of Action and arrange for the releasee to be transferred to a designated facility for service of the violation term. If the releasee declines, the Commission will arrange an in-person hearing under regular procedures.

Please review the attached proposal with the releasee and then fax the signed Response to Expedited Revocation Proposal to my attention at **(301) 492-5908.**

**Note:** The signed Response to Expedited Revocation Proposal must be received by the Commission **within 14 days of the date of this letter** for the Commission to accept the releasee's application for an expedited revocation determination. If the Response to Expedited Revocation Proposal is not received within 14 days, the releasee will have an in-person hearing, and the proposed decision will not be binding on the Commission.

If you have any further questions, please call me at (301) 492-5821, ext. 171

Sincerely,

*Lori Gobble*
Lori Gobble,
Case Operations Assistant

Enclosure

**EXHIBIT**
_____D_____

Expedited Revocation Proposal JACKSON TYRELL 19939-101

## Response To Expedited Revocation Proposal

| Name: JACKSON, TYRELL | Reg No: 19939-101 | DCDC No: 198-397 |

### PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 08/19/2006 after the service of 14 months.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted.

---

[☒ TBJ] I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

[ ] I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

[ ] I wish to request a 14-day extension to consider this proposal.

_Tyrell B Jackson_                          9-28-05
Signature                                    Date

_Olinda Moyd_                                9/28/05
Witness                                      Date

Expedited Revocation Proposal JACKSON TYRELL 19939-101