**EXHIBIT Q**

U.S. Department of Justice                                              Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: JACKSON, Tyrell                                    Institution: D.C. Correctional Treatment Facility
Register Number: 19939-101
DCDC No: 198-397                                         Date:       October 31, 2005

---

## DC EXPEDITED REVOCATION

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on 9/28/2005:

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 08/19/2006 after the service of 14 months.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Charge No. 2 - Failure to Submit to Drug Testing.

Charge No. 3 - Failure to Report to Supervising Officer as Directed.

Basis for the above stated finding (s): Your admission.

### REASONS:

Your violation behavior has been rated Category One severity because it involved Administrative offenses. Your salient factor score is 2 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 4 month(s) as of 10/19/2005. Guidelines established by Commission indicate a range of 12 - 16 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

EXHIBIT
Q

---

JACKSON 19939-101                                -1-                                      Clerk:   OMG

## SALIENT FACTOR SCORE (SFS-98)

| Name: JACKSON, TYRELL | Reg No: 19939-101 | DCDC No: 198-397 |
|---|---|---|

Items        Rules, Scores and Explanations

**A**    **Rule:**    <u>Prior convictions/adjudications (adult or juvenile)</u>
None = 3; One = 2; Two or three = 1; Four or more = 0

        **Score:**    SFS Item A = 0

        **Explanation:** Subject has 4 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 02/01/1973 | Kidnapping | 10 years FYCA 5010c. (1-1) |
| 07/27/1982 | CPWOL | 180 days. (2-2) |
| 12/09/1983 | Simple Assault; Theft | 1 year each count, consecutive, ESS, probation. (3-2). |
| 07/02/1986 | Burglary 1 While Armed | Pled guilty to Burglary I, 5-15 years, all but 1 year ESS, consectuive to back-up time. (4-3) |
| 11/13/1987 | Burlgary I | 18 years. (5-3). Paroled 3/12/97, revoked 10/26/98. (5-4). Paroled 8/12/02, revoked 6/4/03. (5-5). Paroled 6/4/04. |

**B**    **Rule:**    <u>Prior commitments of more than thirty days (adult or juvenile)</u>
None = 2; One or two = 1; Three or more = 0

        **Score:**    SFS Item B = 0

        **Explanation:** Subject has 5 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

**C**    **Rule:**    <u>Age at current offense/prior commitments</u>

| | | |
|---|---|---|
| <u>26 years or more</u> | +3 or less prior commitments | = 3 |
| | +4 prior commitments | = 2 |
| | +5 or more commitments | = 1 |
| <u>22-25 years</u> | +3 or less prior commitments | = 2 |
| | +4 prior commitments | = 1 |
| | +5 or more commitments | = 0 |
| <u>20-21 years</u> | +3 or less prior commitments | = 1 |
| | +4 prior commitments | = 0 |
| <u>19 years or less</u> | +any number prior commitments | = 0 |

        **Score:**    SFS Item C = 1

        **Explanation:** Subject was 50 years old at the commencement of the current offense and had 5 prior commitments.

D      **Rule:**    <u>Recent Commitment Free Period</u> *(Three Years)*
                No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

        **Score:**    SFS Item D = 0

        **Explanation:** 06/07/2004 - Date of Current Offense.
        06/04/2004 - Release to the Community from last commitment

E      **Rule:**    <u>Probation/Parole/Supervised Release/Confinement/Escape Status Violator</u>
                Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

        **Score:**    SFS Item E = 0

        **Explanation:** Subject is a parole status violator.

F      **Rule:**    <u>Older Offenders</u>
                If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

        **Score:**    SFS Item F = 1

        **Explanation:** Sum of Items A-E = 1 and the offender was 50 years old at the commencement of the current offense.

2 =    **TOTAL SALIENT FACTOR SCORE**

Cc:  CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

D.C. Federal Billing Unit
D.C. Department of Corrections
Washington, D.C. 20003

Olinda Moyd
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

U.S. Marshals Service
District of Columbia - District Court
333 Constitution Ave, N.W., Room 1400
Washington, D.C. 20001
Warrants - Attn: Sean McLeod