# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TYRELL BERRINGTON JACKSON,　　:
　　　　　Petitioner　　　　　:　　　**Civil Action No. 05-1969 (RMU)**
　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
DENNIS HARRISON, Warden　　　:
　　　　　　　Respondent　　　　:

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L.

Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058


_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078


_____
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-1-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Tyrell Berrington Jackson, DCDC No. 198-397, Correctional Treatment Facility, 1901 E. Street, S.E., Washington, D.C. 20003, and upon Michael Miller, Assistant Attorney General, Civil Litigation Division, Section 2, Office of the Attorney General, 441 4th Street, N.W., Suite 6-South, Washington, D.C. 20001, this 3rd day of November, 2005.

_____
Sherri L. Berthrong
Assistant United States Attorney