# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TYRELL BERRINGTON JACKSON,  :

    Petitioner,  :

        v.  :  Civil Action No. 05-1969 (RMU)

DENNIS HARRISON,  :

    Respondent.  :

## RESPONSE BY THE DISTRICT OF COLUMBIA TO PETITIONER'S WRIT OF HABEAS CORPUS

The District of Columbia files this response to the Court's Order to show cause as to why Petitioner's Writ of Habeas Corpus should not be granted, which was forwarded to the Office of the Attorney General. Petitioner has filed a petition attacking the lawfulness of the actions of the United States Parole Commission, (USPC hereinafter) in that he claims his "street credits" and "institutional credits" are not computed correctly. The petition contains no claim or allegation of wrongdoing by any District of Columbia respondents, and even if in fact they had made mistakes there is no longer a remedy within the District government.  As a legal and practical matter, the District of Columbia Board of Parole no longer exists and is unable to schedule or conduct any parole hearings pursuant to the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C.Code § 24-101-131 (2001).

. That Act transferred the authority of the DC Board of Parole to the USPC to conduct parole hearings and re-hearings.  The effective date of this change was August 5,

2000. Therefore, the District of Columbia cannot provide petitioner any relief, as it cannot conduct a parole hearing in this case, which is the only available relief.

Thus, the District can only be named as the custodian of petitioner and as such agrees to abide by any lawful order of this Court. The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein. Thus, the District defers to the Office of the United States Attorney on this matter.

Accordingly, this petition should be dismissed as to the District of Columbia since petitioner sets forth no claim against the District as the District is only petitioner's custodian.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
MICHAEL E. MILLER (467233)
Assistant Attorney General, D.C.
Attorneys for defendant D.C.
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
(202) 724-6648

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response was mailed postage prepaid on this 3rd day of November, 2005.

Tyroll Berrington Jackson, DCDC #198-397
C.T.F.  1901 E. Street, S.E.
Washington, DC 20003

_____
Michael E. Miller
Assistant Attorney General, D.C.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONALD BARNES, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 01-1352 (PLF) |
| ODIE WASHINGTON, et al., | : | |
| Respondents. | : | |

### ORDER

Upon consideration of the petition for the writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____ 2001,

Ordered: That the petition for the Writ of Habeas Corpus shall be and the same is hereby denied as to the District of Columbia; it is,

FURTHER ORDERED: That the Court's Order to Show Cause shall be and the same is discharged as to the District of Columbia respondents.

_____
JUDGE, UNITED STATES DISTRICT COURT

cc:   Michael E. Miller
      Assistant Attorney General
      441-4th Street NW, 6th Floor South
      Washington, DC  20001

      Tyroll Berrington Jackson, DCDC #198-397
      C.T.F.  1901 E. Street, S.E.
      Washington, DC 20003

Sherri Berthrong, AUSA
Special Proceedings Section
Office of the United States Attorney
555 4th St., NW
Washington, DC  20001