Tyrell Berrington Jackson
D.C. D.C. No. 198-399
1901-E-Street SouthEast CCA/CTF
Washington, D.C. 20003

Thursday November 3, 2005

Clerk's Office
United States District Court
For The District of Columbia
    U.S. Courthouse
333 Constitution Avenue NorthWest
Washington D.C. 20001

Jackson V. Harrison
1:05-cv-1969 RMU

To Whom It May Concern:

The Honorable Judge Ricardo M. Urbina order a show cause within 20 days after service of this order why the writ of habeas should not issue, directing the Clerk to effect service via the U.S. Marshals Service.

Case Name: Jackson V. Harrison   Case Number: 1:05-cv-1969.

I would appreciate if your office forward the decision to the address below because I am no longer at the (D.C. Jail.).

    1901 E Street Southeast CCA/CTF
    Washington D.C. 20003

Thank you in advance for your acknowledgement and may you have a Blessed work-day.

I am enclosing a self-addressed envelope for your response.

                                Respectfully,
                                Tyrell Berrington Jackson
                                #198-399
TBJ/                                                        cc: