UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrell Berrington Jackson, :
:
    Petitioner, : Civil Action No.  05-1969 (RMU)
:
    v. : Document No.:  None
:
Dennis Harrison, :
:
    Respondent. :

### ORDER
**Directing the Petitioner to Reply to the Respondent's Opposition to the Petition for a Writ of *Habeas Corpus***

    This matter is before the court on the United States Parole Commission's response to the order to show cause why the petition for a writ of *habeas corpus* should not be granted in this case. The respondent opposes the petition and seeks summary denial of it. The petitioner is proceeding *pro se*. Because the court's consideration of the respondent's opposition could dispose of the case, the petitioner will be allowed time to reply. Accordingly, it is

    ORDERED that the petitioner shall file his reply to the respondent's opposition by **February 15, 2006**, failing which the court will treat the factual assertions stated therein as conceded and may summarily deny the petition and dismiss the case.

                                                            s/
                                                   Ricardo M. Urbina
                                          United States District Judge

Date: January 3, 2006