Tyrell B. Jackson DC.DC. #198-397/Fed No. #19939-101
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986

Friday January 27, 06

Clerks Office
United States District Court
For The District of Columbia
   U.S. Courthouse
333 Constitution Avenue NorthWest
Washington, DC 20001

Case Name: Jackson V. Harrison
Case Number: 1:05-CV-1969 RMU
Document Number: 11

To Whom It May Concern;

Clerks Office United States District Court For The District of Columbia

RECEIVED
FEB 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please acknowledge I am no longer at (1901 E Street Southeast CCA/CTF Facility, I have been Transfered to Rivers Correctional Institution Post Office Box 630, Winton, North Carolina 27986), and ask that all information be forward to the address in (North Carolina).

However (Judge Ricardo M. Urbina) order advising me to respond by February 15, 06 and I am thereforth requesting a extension to better prepare my case.

I am also requesting the following documents that are associated with this transaction 1:05-CV-1969 Notice be electronically mailed to: Tyrell B Jackson D.C.D.C. #198-397/ Federal No #19939-101 Rivers Correctional Institution, Post Office Box 630, Winton, North Carolina 27986.

Document description: Main Document Original File Name: N:/DOC's/Jackson.pdf Electronic document stamp:

(Stamp dcecfStamp_ID=973800458 (Date=1-3-06)(File Number=983189-0)(9291678 a 5F1b7c7F3620bA6be74Fe58 cad2c6c620c31b23d6bd62866eac668a5134Fb8c68437 80805F4ab10408e983dcfba0aFab7c4c6b04d1F9F6304F8243c))

I am indeed grateful that you take time out of your passing and busy schedule and give this matter some attention.

Have Very Blessed Work Day! :)

Sincerely,

Tyrell B. Jackson #198-397/ #19939-101

Tyrell B. Jackson D.C.D.C. No. #198-397/ Federal No. #19939-101

TBJ/                                                              cc: