Tyrell Berrington Jackson #198-397/#19939-101
GEO Rivers Correctional Institution
Post Office Box 630
Winton North Carolina 27986

3-1-06

Case Name : Jackson V. Harrison
Case Number : 1:05-CV-1969 RMU

to Whom It May Concern :

U.S. District Court
District of Columbia

This notirised note is only to notify The Honorable Court That
I was incompliance with the request For me to respond to the
opposition to The habeas Enwhich I Filed within The Honorable
Court by February 15, 2006.

However I also written the Courts befor That above date expired and
I also asked for a extention to better perpare my response because
I was Transfered to another prison and some of my mail That
came to D.C. Department of Corrections D.C. Jail was forward to me
at The above address.

I was deprived Due Process when The D.C. Department of
Corrections would not allow me to bring legal Documents

That is pertinent to Case Number: "105-CV-1969" Jackson V. Harrison

I am also respectfully requesting That the following documents That's associated with this Transaction be sent to me Electronic document stamp:

Document Description : Main Document
Original File name   : N:\DOCS\Jackson.pdf
Electronic document Stamp:

Stamp dcecfStamp _ ID =97380045a (Date = 1-3-2006)(File Number = 983189-0) 9791 b78 A 5F 1b7c 9F3620bA 6 be 74 Fe 58 6 ad 2c 6 c 662 0c 31623 d6bd 628 b6 eac b68 A 5134F b8c 6843780805F 4A b10 408 e 983 dcfba 0afab 7c 4c 6b04 d1F 9F6304F8243c ))

I am once again responding to the Court order That advised me to respond to Honorable Judge Ricardo M. Urbina by February 15, 2006 and Thereforth I would highly appreciate a response of acknowledgement That This Response was Received in The case: Jackson V. Harrison 1:05-CV-1969 and my concerns will be addressed within a Timely Frame.

< Sincerely, Tyrell B. Jackson #198-397/ #18939-101

Tyrell B. Jackson #199-397/ #18939-101

Cathy Anne Jordon
Notary Public, District of Columbia
My Commission Expires 08-31-2006

Cathy Anne Jordon
Notary