UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRELL BERRINGTON JACKSON,      :

    Petitioner,      :

       v.      :      Civil Action No. 05-1969 (RMU)

DENNIS HARRISON,      :

    Respondent.      :

## OPPOSITION OF THE DISTRICT OF COLUMBIA TO PETITIONER'S MOTION FOR SUMMARY JUDGMENT[1]

The District of Columbia ("the District"), through counsel, opposes petitioner's motion for summary judgment for the following reasons.

Petitioner seeks a Writ of Habeas Corpus. The Writ is used to bring a person before the Court to ensure that the party's imprisonment is not illegal. Its purpose is to question the basis of the entity holding the prisoner. The District of Columbia Board of Parole no longer exists and is unable to schedule or conduct any parole hearings pursuant to the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C.Code § 24-101-131 (2001).

That Act transferred the authority of the DC Board of Parole to conduct parole hearings and re-hearings to the United States Parole Commission ("USPC"). The effective date of this change was August 5, 2000. Therefore, the District of Columbia cannot provide petitioner any relief, as it cannot conduct a parole hearing in this case, which is the only available relief. If the Court were to order a change in the conditions of

---

[1] Dennis Harrison (Assistant Warden) is the named defendant, however there is no indication he was ever served individually or that he is still in that position. The District is responding as though it is the named defendant in Mr. Harrison's place.

the length of his imprisonment that change would be made in the record of the USPC. As such, the District is not a proper party to this case.

The District defers, as it must, to this Court and adopts the position of the Office of the United States Attorney on this matter.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General, D.C.
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____
>NICOLE L. LYNCH (471953)
>Chief, Section II
>
>_____
>MICHAEL E. MILLER (467233)
>Assistant Attorney General, D.C.
>Attorneys for defendant D.C.
>441 4th Street, NW, 6th Floor South
>Washington, D.C. 20001
>(202) 724-6648

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the opposition petitioner's motion for summary judgment has been filed electronically with the Court and served by mail upon the petitioner, postage prepaid, on this 13th day of July, 2006.

Tyrell Berrington Jackson, DCDC #198-397
C.T.F. 1901 E. Street, S.E.
Washington, DC 20003

_____
Michael E. Miller
Assistant Attorney General, D.C.