PRAECIPE

# United States District Court
# for the District of Columbia

the __9__ day of __22__ 19__06__

Tyrell Berrington Jackson
vs.
Dennis Harrison, Warden

Civil / Criminal Action No. __05-1969 (RMU)__

The Clerk of said Court will _Send all information concerning case number above to new address below:_

---

Date

BAR IDENTIFICATION NO.

**RECEIVED**

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Tyrell Berrington Jackson_
Signature

Tyrell Berrington Jackson
Print Name

3691 Jay Street North East #204
Address

Washington        D.C.      20019
City              State     Zip Code

202-398-1367
Phone Number

**CERTIFICATE OF SERVICE**

I, Tyrell Berrington Jackson, hereby certify that a copy of the foregoing Praecipe has been mailed to Sherri L. Berthrong, AUSA, Special Proceedings Section 555 4 St NW Room 10-450 Wash D.C. 20530 this 22 day of Sep 2006

_Tyrell B Jackson_