UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TYRELL BERRINGTON JACKSON,** | : | |
| Petitioner, | : | Civil Action No.  05-1969 (RMU) |
| v. | : | Document Nos.:    1, 14, 17 |
| **DENNIS HARRISON,** | : | |
| Respondent. | : | |

## ORDER

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 14th day of November, 2006, it is hereby

**ORDERED** that the Order to Show Cause is **DISCHARGED**; it is

**FURTHER ORDERED** that the petitioner's application for a writ of *habeas corpus* is **DENIED**; it is

**FURTHER ORDERED** that the petitioner's motion for judgment on the pleadings [Dkt. No. 14] and his motion for summary judgment [Dkt. No. 17] are **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

**SO ORDERED**.

                                              RICARDO M. URBINA
                                       United States District Judge